AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | 18-8290 |
| ADAN BAEZ PONZO, | ) | Case No. 18-8289-WM |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

FILED by ___ D.C.
JUN 18 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 15, 2018__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after removal. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Damian Weston, ICE D/O
Printed name and title

Sworn to before me and signed in my presence.

Date: June 18, 2018

_____
Judge's signature

City and state: West Palm Beach, FL

William Matthewman, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT OF DAMIAN WESTON
## IMMIGRATION CUSTOMS & ENFORCEMENT

I, Damian Weston, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over seven years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to believe that Adan BAEZ PONZO committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about June 15, 2018, Adan BAEZ PONZO was arrested in Palm Beach County, Florida for violation of probation. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system resulting in a positive match for an individual previously removed from the United States, that is, Adan BAEZ PONZO.

4. A review of the immigration alien file assigned to Adan BAEZ PONZO shows that he is a native and citizen of Mexico. Records further show that Adan BAEZ PONZO was previously ordered removed from the United States. The Order of Removal was executed on or about January 10, 2012, whereby Adan BAEZ PONZO was removed from the United States and returned to Mexico. Thereafter, Adan BAEZ PONZO reentered the United States, illegally, and was removed again on or about July 22, 2012.

5. A further review of the immigration file shows that on or about May 10, 2012, Adan

BAEZ PONZO was convicted of a violation of 8 U.S.C. § 1325(a)(1), improper entry by an alien.

6. I performed a records check in the Computer Linked Application Informational Management System (CLAIMS) to determine if BAEZ PONZO filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that BAEZ PONZO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7. As previously noted, BAEZ PONZO's fingerprints, taken on or about June 15, 2018 by the Palm Beach County Jail booking officials were scanned into the Integrated Automated Fingerprint Identification System (IAFIS). The query results registered as a match to the same BAEZ PONZO who was fingerprinted and removed from the United States on or about January 10, 2012 and July 22, 2012.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about June 15, 2018, Adan BAEZ PONZO, an alien who was previously deported and removed from the United States, was found in the United States, without having received express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Further, affiant sayeth naught.

_____
Damian Weston
Deportation Officer
Immigration and Customs Enforcement

Sworn and subscribed to before me this 18th day of June 2018 in West Palm Beach, Florida.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>**18-8290-WM**</u>

**UNITED STATES OF AMERICA**

v.

**ADAN BAEZ PONZO,**

        **Defendant.**

_____/

**<u>CRIMINAL COVER SHEET</u>**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

                Respectfully submitted,

                BENJAMIN G. GREENBERG
                UNITED STATES ATTORNEY

BY: _____
                RINKU TRIBUIANI
                ASSISTANT UNITED STATES ATTORNEY
                Florida Bar No. 0150990
                500 S. Australian Avenue, Suite 400
                West Palm Beach, FL 33401-6235
                Tel:  (561) 820-8711
                Fax: (561) 820-8777
                Rinku.Tribuiani@usdoj.gov